156 F.3d 988
 74 Empl. Prac. Dec. P 45,517
 Ha Jenny NGO, Plaintiff-Appellee,
v.
RENO HILTON RESORT CORPORATION, d/b/a Reno Hilton; Hilton
Hotels Corporation, Defendants-Appellants.
Ha Jenny NGO, Plaintiff-Appellant,
v.
RENO HILTON RESORT CORPORATION, d/b/a Reno Hilton; Hilton
Hotels Corporation, Defendants-Appellees.
Ha Jenny NGO, Plaintiff-Appellee,
v.
RENO HILTON RESORT CORPORATION, d/b/a Reno Hilton; Hilton
Hotels Corporation, Defendants-Appellants.
 Nos. 95-16909, 95-16911 and 96-15553.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 23, 1998.
 
 Scott M. Mahoney, Hilton Gaming Corporation, Las Vegas, Nevada, for defendant-appellant, cross-appellee.
 Timothy Sears, Washington, DC, for plaintiff-appellee, cross-appellant.
 Appeal from the United States District Court for the District of Nevada; Howard D. McKibben, District Judge, Presiding. D.C. No. CV-94-00368-HDM.
 Before: BROWNING, SKOPIL, and BRUNETTI, Circuit Judges.
 
 
 1
 The opinion issued on April 9, 1998 [140 F.3d 1299] is hereby amended as follows:
 
 Slip op. at 3289 [140 F.3d at 1304]:
 
 2
 1. Replace the opening sentence of the first full paragraph with the following sentence:
 
 
 3
 "In adopting this standard, we join five other circuits that also require plaintiffs seeking punitive damages under Title VII to make a showing beyond the level of intentional discrimination required for compensatory damages."
 
 
 4
 2. Insert "Kolstad v. American Dental Ass'n, 139 F.3d 958, 961-62 (D.C.Cir.1998) (en banc) (concluding that "the evidence of the defendant's culpability must exceed what is needed to show intentional discrimination" to support a punitive damage award under title VII)" between "See " and the cite to McKinnon.
 
 Slip op. at 3289 n.9 [140 F.3d at 1304]:
 
 5
 Delete the "D.C.," in the first sentence and the entire second sentence.
 
 
 6
 With these changes, the panel has voted to deny the petition for rehearing and to reject the suggestion for rehearing en banc.
 
 
 7
 The full court has been advised of the suggestion for an en banc rehearing, and no judge of the court has requested a vote on the suggestion for rehearing en banc. Fed. R.App. P. 35(b).
 
 
 8
 The petition for rehearing is denied and the suggestion for rehearing en banc is rejected.